# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT J. HART, | ) |
| Petitioner, | ) ) ) |
| v. | ) Docket no. 1:22-cv-00022-GZS ) |
| STATE OF MAINE, | ) ) |
| Respondent. | ) ) ) |

## ORDER ADOPTING RECOMMENDED DECISION

On March 3, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 6). No objections have been filed. The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.
2. This petition is hereby **DISMISSED** as moot.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 19th day of April, 2022.